# Third District Court of Appeal
## State of Florida

Opinion filed June 19, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0628
Lower Tribunal No. F21-11125
_____

**Willie Jones,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Willie Jones, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, C.J., and EMAS, and LINDSEY, JJ.

PER CURIAM.

Affirmed.